IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARMAINE PRESSLEY,** : | |
|         Plaintiff, : | |
|     v.  : | Civ. No. 21-5205 |
| : | |
| **REICO KITHEN & BATH,** : | |
|         Defendant. : | |

**O R D E R**

**AND NOW,** this 1st day of March 2022, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

It is **FURTHER ORDERED** that, by consent of the Parties, the Court shall **RETAIN** jurisdiction to enforce the terms of the settlement agreement.  See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381 (1994).

                                                    **AND IT IS SO ORDERED.**

                                                    *s/ Paul S. Diamond*

                                                    _____

                                                    Paul S. Diamond, J.